**Order filed March 8, 2022**



**In The**

# Fourteenth Court of Appeals

_____

## NO. 14-21-00271-CV
_____

**KENNETH L. SUGG, JR. AND MARINA F. CASTILLO SUGG, Appellants**

**V.**

**LAKEISHA RANDLE, Appellee**

---

**On Appeal from the 269th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-25325**

---

## O R D E R

Appellants' brief was due February 2, 2022**.** No brief or motion for extension of time has been filed.

Unless appellants file a brief with this court on or before **April 7, 2022**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Wise, Poissant and Wilson.